**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE 1 (A.E.). JANE DOE 2 (C.M.), AND JANE DOE 3 (J.L.C.), individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY LLC.; G6 HOSPITALITY, IP, LLC; G6 HOSPITALITY PROPERTY, LLC ; G6 HOSPITALITY PURCHASING, LLC,; MOTEL 6 OPERATING, LP,; G6 HOSPITALITY FRANCHISING, LLC.; and XYZ CORPORATIONS 1-100<br>Defendant | CASE NO. 2:26-cv-216<br><br>JUDGE: Sargus, Jr.<br><br>MAGISTRATE JUDGE: |

## ORDER GRANTING MOTION TO SEAL COMPLAINT AND REFILE

The Court hereby GRANTS Plaintiffs' Motion to Seal Complaint and Refile to correct a scrivener's error in a footnote in the original complaint.  There is no prejudice to any party or potential party to this action by allowing this replacement.

**IT IS SO ORDERED.**

<u>s/Edmund A. Sargus, Jr.</u>    2/21/2026
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**